UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LOCUST GROUP, LLC,

        Plaintiff,

 -against-              23-CV-04203-LTS

JMBT LIVE, INC., MICHAEL RUSSELL,
and DOES 1 through 10, inclusive.

        Defendants.

---

ORDER

  The Court is in receipt of Plaintiff's motion for leave to file an amended complaint in this action (docket entry no. 28) as well as Plaintiff's proposed amended complaint and memorandum of law in support of its motion to amend (docket entry nos. 29, 30). In accordance with the undersigned's individual rules of practice and Local Rule 6.1, it is ordered that any Defense opposition brief is due by February 28, 2024, and Plaintiff's reply brief will be due by March 6, 2024.

  SO ORDERED.

Dated: New York, New York
    February 14, 2024

                     /s/ Laura Taylor Swain
                     LAURA TAYLOR SWAIN
                     Chief United States District Judge