**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------X
LOCUST GROUP, LLC,

                     Plaintiff,

     -against-                                         23 **CIVIL** 4203 (LTS)

                                                                        **JUDGMENT**

JMBT LIVE, INC., MICHAEL RUSSELL, and DOES 1
through 10, inclusive.,

                    Defendant.
-----------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Order dated May 10, 2024, Plaintiff's motion for leave to amend the complaint is denied and the complaint is dismissed with prejudice; accordingly, the case is closed.

**Dated:**  New York, New York

     May 10, 2024

                                                        **RUBY J. KRAJICK**

                                                          **Clerk of Court**

                           **BY:**

                                                          **Deputy Clerk**